JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

Randel Riley Davidson

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Nathan A. Dodson, Fisher Fowler & Williams
18538 Mack, Gr. Pte. Farms, MI 48236, (313) 458-8276

**DEFENDANTS**

United States Postal Service,
United States of America and John/Jane Doe

County of Residence of First Listed Defendant District of Columbia
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☒ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark
- ☐ 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit (15 USC 1681 or 1692)
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 2675 (a)

Brief description of cause:
This is a tort claim where Plaintiff was injured as a result of a motor vehicle accident.

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** $2,000,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions)*:

JUDGE Hon. David M. Lawson DOCKET NUMBER 2:20-cv-12158-DML-EAS

DATE 1/14/2021

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______



**FISHER FOWLER DODSON WILLIAMS & NESI**

*Personal Injury & Professional Licensing*

18538 Mack Ave.
Grosse Pointe Farms, MI, 48236

(313) 458-8276
(313) 469-7085 (Fax)

*Family Law Probate Law & Trust Litigation*

722 Notre Dame
Grosse Pointe, MI 48230

(313) 886-5769
(313) 886-5851 (Fax)

ffwplc.com

***Attorneys***

Dodd B. Fisher, Esq.
Aimee M. Fowler, Esq.
Nathan Dodson, Esq.
Daniel J. Williams, Esq.
Christopher J. Nesi, Esq.
Erin E. Avey, Esq.
Kurt N. Koning, Esq.
Colleen Fries, Esq.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

RANDALL RILEY DAVIDSON,

Plaintiff,

-vs-

Hon.
Case No.

UNITED STATES POSTAL SERVICE,
UNITED STATES OF AMERICA and
JOHN/JANE DOE

Defendants.

---

Nathan Dodson (P68560)
FISHER FOWLER DODSON
WILLIAMS & NESI, PLC
Attorneys for Plaintiff
18538 Mack Avenue
Grosse Pointe Farms, MI 48236
(313) 458- 8276 / Fax (313) 469-7085
n.dodson@ffwplc.com

---

**COMPLAINT**

NOW COMES Plaintiff RANDALL RILEY DAVIDSON, through his attorneys, FISHER FOWLER DODSON WILLIAMS & NESI, PLC, and for his Complaint against Defendants, states the following.

1. Plaintiff, RANDALL RILEY DAVIDSON, is a resident of Dearborn Heights, Michigan.

2. Defendant, UNITED STATES POSTAL SERVICE, (herein after USPS) is a governmental agency of defendant USA, and the owner of the motor vehicle involved in this matter.

3. Defendant USA is a party to the action by virtue of 28 U.S.C. §§ 1346(b) and 2671.

4. Defendant, JOHN/JANE DOE, is residency is unknown.

5. The amount of controversy exceeds $75,000

**General Allegations**

6. Plaintiff incorporates by reference the allegations set forth in paragraphs 1-5.

7. Pursuant to 28 U.S.C. § 2675(a), Plaintiff has presented an administrative claim against the USPS and John Doe, alleging personal injuries stemming from an incident on May 24, 2018. Plaintiff's administrative claim has been assigned Case no. 482-10-00419967A (Tort Claim Examiner, Donna Dye).

8. On August 19, 2019, Plaintiff's administrative claim was denied.

9. On May 24, 2018, Plaintiff was proceeding lawfully by bicycle on the east side of Telegraph Rd., in the city of Dearborn Heights, MI. Plaintiff was traveling on sidewalk in front of Taco Bell when a USPS vehicle, exiting the drive of Taco Bell onto Telegraph Road, failed to see Plaintiff and struck his bike. The USPS vehicle continuing north on Telegraph Road did not stop. Mr. Davidson was knocked off his bicycle resulting in his injuries.

8. Mr. Davidson was taken via EMS to Oakwood/Beaumont Hospital where he was treated for his injuries. Mr. Davidson's treatment by several medical doctors as a result of his injuries arising out of the accident herein requires ongoing medical treatment and care.

9. As a result of the accident, Plaintiff sustained the following injuries, including but not limited to:

(a) Neck and back injuries;

(b) Lumbar radiculopathy, including radiation to lower left leg;

(c) Cervical strain and cervical radiculopathy including EMG findings consistent with C5-C7 bilateral radiculopathy/irritability and aggravation to right-sided cervical radiculopathy, including new onset numbness and tingling in upper extremities;

(d) Severe muscle spasms and nerve pain;

(f) Pain, humiliation, anxiety, emotional distress, embarrassment, past and future, and other non-economic loss and damage; and

(g) Plaintiff suffers emotional trauma and stress in daily living as a direct and proximate result of his pain and suffering, and

(h) Other economic losses, past, present and future.

**COUNT I. Negligence and Gross Negligence as to Defendants United States Postal Service, United States of America and John/Jane Doe**

10. Plaintiff incorporates by reference the allegations set forth in paragraphs 1-9.

11. At the time of the accident herein, Defendant John/Jane Doe was operating a USPS Vehicle pursuant to his or her employment with Defendant USPS.

12. That the collision herein was caused by Defendant John/Jane Doe's careless actions and failure to use reasonable care, failure to stop in assured clear distance; this being negligence and gross negligence by said Defendant who had a duty to operate his or her vehicle in a careful and non-negligent manner which would not endanger other persons. This duty was owed to the general public and to Plaintiff in particular.

13. That Defendant, by his or her acts and omissions, violated his or her duty to the public in general and Plaintiff in particular, each and every act of negligence and gross negligence by Defendant being a direct and proximate cause of Plaintiff's damages and injuries as follows:

(a) In operating said motor vehicle in a reckless, careless, negligent and heedless manner without due regard for the rights and safety of others, and more particularly, the Plaintiff herein; and without the caution and

circumspection as required by law; and without lookout for others or in a manner so as to endanger or be likely to endanger property and persons, in violation of MCLA 257.626, MSA 9.2326 and MCLA 257.626(b), MSA 9.2326(2) and in violation of the common law.

(b) In operating his or her vehicle in a willful and wanton disregard for the safety of persons or property and in a manner without making proper observations; and in failing to have her motor vehicle under control to avoid such collision, contrary to the common law and MCLA 257.626, MSA 9.2326(a).

(c) In failing to maintain a careful lookout;

(d) In failing to operate a vehicle at a speed that permitted him or her to stop in the assured clear distance ahead;

(e) In failing to maintain a proper lookout ahead, or make proper observation, and failing to see what was there to be seen or anticipate what might be there; as a reasonable and prudent driver would have if he had made proper observations, contrary to common law and said failure to make proper observation resulted in Defendant's vehicle colliding into the bicycle that Plaintiff was riding at the time.

(f) In failing to control and stop the vehicle before colliding into the bicycle that was lawfully traveling in the intersection in front of the Taco Bell on Telegraph Rd., in Dearborn Heights, this action by the Defendant being without warning, contrary to MSA 9.2348 and common law.

14. That as a direct result of the Defendant's negligence and gross negligence which are in violation of the common law and Michigan statutes, which were the proximate cause of Plaintiff's injuries, the Plaintiff sustained serious and permanent injuries and damages; and substantial impairment of bodily functions and in particular without limiting the injuries enumerated in paragraph 9.

15. That Defendant USPS, under a separate and distinct duty owed to Plaintiff, is responsible for the active negligence and or gross negligence of its employees and are liable to Plaintiff for the injuries sustained by him.

16. Plaintiff demands a trial by jury in this action.

WHEREFORE, Plaintiff demands a fair and just Judgment according to the law and evidence in an amount exceeding $2,000,000.00 Dollars, plus costs, interest and attorney fees.

Respectfully submitted,

FISHER FOWLER DODSON WILLIAMS
& NESI, PLC

By: /s / Nathan Dodson ___________________
NATHAN DODSON (P68560)
Attorneys for Plaintiff
18538 Mack Avenue
Grosse Pointe Farms, MI 48326
(313) 458-8276/ (313) 469-7085-Fax
n.dodson@ffwplc.com

Dated: January 14, 2021

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record and all parties to the above cause via e-filing at their respective addresses, as disclosed by pleadings of record herein, on January 14, 2021. I declare under penalty of perjury, that the statement above is true to the best of my information, knowledge and belief.

/s/ Craig Heisner
CRAIG HEISNER